JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **NAOIC**

FILED
IN CLERK'S OFFICE

**City** Brockton   **Related Case Information:**

2021 SEP 16 PM 2:58

**County** Plymouth

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant **x**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

U.S. DISTRICT COURT
DISTRICT OF MASS.

### Defendant Information:

**Defendant Name** ROBIN CALEF   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Brockton, Massachusetts

**Birth date (Yr only):** 1959   **SSN (last4#):** 9645   **Sex** M   **Race:** _____   **Nationality:** USA

**Defense Counsel if known:** Brendan Kelley   **Address** Federal Public Defender's Office

**Bar Number** _____   51 Sleeper Street, 5th floor
Boston, MA 02210

### U.S. Attorney Information:

**AUSA** Suzanne Sullivan Jacobus   **Bar Number if applicable** 565071

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9-16-21   Signature of AUSA: *Suzanne Sullivan Jacobus*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBIN CALEF

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 641 | Theft of Government Funds Over $1,000 | 1 |
| Set 2  18 U.S.C. § 981(a)(1)(C) and | Forfeiture Allegation | |
| Set 3  28 U.S.C. § 2461 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013